J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Rudy Tap (297650)
**Kerley Schaffer LLP**
1939 Harrison Street, #500
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350
E-mail: edward@kslaw.us
       dylan@kslaw.us
       rudy@kslaw.us

Attorneys for Plaintiff
Railroad Business Park, LLC

G. Edward Rudloff, Jr. (56058)
Dianne J. Meconis (120895)
**Foran Glennon Palandech Ponzi & Rudloff, PC**
200 Pringle Ave, Suite 410
Walnut Creek, California 94596
Telephone: (925) 357-8640
Facsimile: (510) 740-1501
E-mail: erudloff@fgppr.com
       dmeconis@fgppr.com

Attorneys for Defendant
Travelers Casualty Insurance Company of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAILROAD BUSINESS PARK, LLC**, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**, a Connecticut corporation, and **DOES 1** through **10**,<br><br>Defendants. | Case No. 2:20-cv-02189-MCE-JDP<br><br>**STIPULATION AND REQUEST [TO MODIFY PRETRIAL PREPARATION ORDER; ORDER THEREON**<br><br>Date Filed: October 10, 2020<br>Trial Date: T.B.D. |

Subject to approval of the Court, Plaintiff Railroad Business Park, LLC (Plaintiff) and Defendant Travelers Casualty Insurance Company of American (Travelers), stipulate to the following:

## RECITALS

WHEREAS this is an insurance bad faith action involving a claim that commercial property was damaged during a storm;

WHEREAS Plaintiff filed this action on October 30, 2020;

WHEREAS Travelers filed its answer to the complaint on January 27, 2021;

WHEREAS, the Court has set the following scheduling order:

| | |
|---|---|
| Non-Expert Discovery Cut Off: | January 27, 2022 (365 days after answer filed) |
| Designation of Experts: | March 28, 2022 (60 days after close of discovery) |
| Supplemental Designation of Experts | April 27, 2022 (30 days after expert designation) |
| Deadline to file Dispositive Motions: | July 26, 2022 (180 days after close of non-expert discovery) |
| Joint Notice of Trial Readiness: | Not yet filed |
| Jury Trial: | Not yet scheduled |

WHEREAS, pursuant to Rule 16(b) and the Court's Order, the Court may modify the scheduling order upon a showing of good cause;

WHEREAS, good cause exists to continue the non-expert discovery cut-off by a brief 30 days. Due to the recent and extraordinary Covid-19 pandemic and related Court closures, counsel for both parties have had a number of scheduling challenges. Counsel for Plaintiff had an unprecedent number of cases scheduled for trial before the pandemic that were continued into the latter half of 2021 and into 2022, and currently has over 20 cases scheduled for trial in 2022. Counsel for Plaintiff has already been trailing in a matter pending in Sacramento County for over

STIPULATION AND REQUEST TO MODIFY PRETRIAL PREPARATION ORDER;
ORDER THEREON

two months and is scheduled to commence trial in another matter in Mendocino County on January 31, 2022.

The parties have, nonetheless, diligently prepared this case for trial. They have exchanged written discovery, issued third-party subpoenas, completed a site inspection, completed some depositions and are working to complete additional ones in January. The parties also attempted to mediate the case but were unsuccessful. The parties recently discovered that, due to technical issues, third-party depositions may need to be completed in-person after the holidays. The parties are seeking a brief, 30-day continuance of the non-expert discovery deadline to ensure that they will have ample time to complete discovery and a 30-day continuance of attendant pre-trial deadlines.

THEREFORE, the parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling order as follows:

| | |
|---|---|
| Non-Expert Discovery Cut Off: | February 27, 2022 |
| Designation of Experts: | April 29, 2022 |
| Supplemental Designation of Experts: | May 27, 2022 |
| Deadline to file Dispositive Motion: | August 26, 2022 |
| Joint Notice of Trial Readiness: | TBD |
| Jury Trial: | TBD |

IT IS SO STIPULATED.

Dated: December 13, 2021                KERLEY SCHAFFER LLP

/s/ Edward Kerley
J. EDWARD KERLEY

Attorney for Plaintiff Railroad Business Park

Dated: December 13, 2021                Foran Glennon Palandech Ponzi & Rudloff, PC

/s/ Edward Rudloff
EDWARD RUDLOFF JR.

Attorney for Travelers Casualty Insurance Company of America

3

STIPULATION AND REQUEST TO MODIFY PRETRIAL PREPARATION ORDER;
ORDER THEREON

**ORDER**

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED, that the current non-expert discovery deadline is continued to February 27, 2022, with all attendant pre-trial deadlines tied to this new date, as set forth in the parties' stipulation set forth above.

IT IS SO ORDERED.

Dated:  December 20, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND REQUEST TO MODIFY PRETRIAL PREPARATION ORDER; ORDER THEREON