| | |
|---|---|
| 1 | J. Edward Kerley (175695) |
| | Dylan L. Schaffer (153612) |
| 2 | Rudy Tap (297650) |
| | **Kerley Schaffer LLP** |
| 3 | 1939 Harrison Street, #500 |
| | Oakland, California 94612 |
| 4 | Telephone: (510) 379-5801 |
| | Facsimile: (510) 228-0350 |
| 5 | E-mail: edward@kslaw.us |
| |       dylan@kslaw.us |
| 6 |       rudy@kslaw.us |
| 7 | Attorneys for Plaintiff |
| | Railroad Business Park, LLC |
| 8 | |
| 9 | G. Edward Rudloff, Jr. (56058) |
| | Dianne J. Meconis (120895) |
| 10 | **Foran Glennon Palandech Ponzi & Rudloff, PC** |
| | 200 Pringle Ave, Suite 410 |
| 11 | Walnut Creek, California 94596 |
| | Telephone: (925) 357-8640 |
| 12 | Facsimile: (510) 740-1501 |
| | E-mail: erudloff@fgppr.com |
| 13 |       dmeconis@fgppr.com |
| 14 | Attorneys for Defendant |
| | Travelers Casualty Insurance Company of America |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAILROAD BUSINESS PARK, LLC**, a corporation, | Case No. 2:20-cv-02189-MCE-JDP |
| Plaintiff, | **STIPULATION AND REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER THEREON** |
| v. | |
| **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**, a Connecticut corporation, and **DOES 1** through **10**, | Date Filed: October 10, 2020 |
| | Trial Date: T.B.D. |
| Defendants. | |

Subject to approval of the Court, Plaintiff Railroad Business Park, LLC (Plaintiff) and Defendant Travelers Casualty Insurance Company of American (Travelers), stipulate to the following:

**RECITALS**

WHEREAS this is an insurance bad faith action involving a claim that commercial property was damaged during a storm, and the Parties have been unable to informally resolve discovery issues concerning the testimony of Ajay Mangal and John Coghlan, and the production of the claims handling guidelines applicable to a California property loss and claim personnel incentive plans.

WHEREAS, pursuant to Rule 16(b) and the Court's Order, the Court may modify the scheduling order upon a showing of good cause;

WHEREAS, good cause exists to continue the non-expert discovery cut-off by an additional 30 days to address Travelers production of documents and the testimony of its employees at deposition and due to the inability of the Parties to resolve the issues at the informal discovery conference with Magistrate Judge Jeremy Peterson on February 8, 2022.

THEREFORE, the Parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling order as follows:

| | |
|---|---|
| Non-Expert Discovery Cut Off: | **May 6, 2022** |
| Designation of Experts: | **June 6, 2022** |
| Supplemental Designation of Experts: | **July 6, 2022** |
| Deadline to file Dispositive Motion: | **August 8, 2022** |
| Joint Notice of Trial Readiness: | TBD |
| Jury Trial: | TBD |

IT IS SO STIPULATED.

Dated: April 8, 2022                           KERLEY SCHAFFER LLP

/s/ Edward Kerley
J. EDWARD KERLEY

Attorney for Plaintiff Railroad Business Park

Dated: April 8, 2022                           Foran Glennon Palandech Ponzi & Rudloff, PC

/s/  G. Edward Rudloff
G. EDWARD RUDLOFF JR.
Attorney for Travelers Casualty Insurance Company of America

### ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY **ORDERED,** that the current non-expert discovery deadline is **CONTINUED** to **May 6, 2022**, with all attendant pre-trial deadlines tied to this new date, as set forth in the parties' stipulation set forth above.  All other provisions contained in the operative Pretrial Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:  April 12, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER THEREON