J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Rudy Tap (297650)
**Kerley Schaffer LLP**
1939 Harrison Street, #900
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350
E-mail: edward@kslaw.us
　　　　dylan@kslaw.us

Railroad Business Park, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAILROAD BUSINESS PARK, LLC**, a corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**, a Connecticut corporation, and **DOES 1** through **10**,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02189-MCE-JDP<br><br>**ORDER RE: PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE NON-EXPERT DISCOVERY AND ATTENDANT DEADLINES; ORDER**<br><br>Date Filed: October 10, 2020<br>Trial Date: T.B.D. |

　　　Having considered Plaintiff's *ex parte* application and Defendant's opposition thereto, and good cause appearing,

　　　The current non-expert discovery deadline is continued to August 21, 2022, with all attendant pre-trial deadlines tied to this new date.  All other provisions contained in the operative Pretrial Scheduling Order remain in full force and effect.

　　　IT IS SO ORDERED.

Dated:  July 22, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE