J. Edward Kerley (175695)
Dylan L. Schaffer (153612)
Rudy Tap (297650)
**Kerley Schaffer LLP**
1939 Harrison Street, #900
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350
E-mail: edward@kslaw.us
        dylan@kslaw.us

Railroad Business Park, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAILROAD BUSINESS PARK, LLC**, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**, a Connecticut corporation, and **DOES 1** through **10**,<br><br>Defendants. | Case No. 2:20-CV-02189-MCE-JDP<br><br>**ORDER RE: PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE NON-EXPERT DISCOVERY AND ATTENDANT DEADLINES**<br><br>Date:<br>Time:<br>Dept.:<br><br>Date Filed: October 10, 2020<br>Trial Date: T.B.D. |

1

**ORDER**

Good cause having been shown and based on Plaintiff's *ex parte* application, IT IS HEREBY ORDERED, that the current non-expert discovery deadline is continued to sixty (60) days following the date this Order is electronically filed. All other provisions contained in the operative Pretrial Scheduling Order remain in full force and effect. No further continuances will be granted.

IT IS SO ORDERED.

DATED: October 15, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE