1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAILROAD BUSINESS PARK, LLC,          Case No.  2:20-cv-02189-MCE-JDP

12              Plaintiff,                 ORDER GRANTING IN PART PLAINTIFF'S
                                           MOTION TO COMPEL
13        v.
                                           ECF No. 35
14   TRAVELERS CASUALTY INSURANCE
     COMPANY OF AMERICA,
15
                Defendant.
16

17        This case was before the court on December 8, 2022, for hearing on plaintiff's motion to

18   compel defendant to provide further responses to requests for production of documents and

19   produce for deposition its Rule 30(b)(6) witness.  ECF No. 35.  Attorney Rudy Tap appeared on

20   behalf of plaintiff, and attorney James Glennon appeared on behalf of defendant.

21        For the reasons state on the record, it is hereby ORDERED that:

22        1.  Plaintiff's motion to compel, ECF No. 35, is granted in part and denied in part.

23        2.  By no later than December 15, 2022, defendant shall provide further responses to

24   plaintiff's Request for Production of Documents Number 27, which shall include the production

25   of all performance reviews and incentive plans for the years 2019 and 2020 for all employees

26   involved in handling plaintiff's insurance claim.

27        3.  Defendant shall produce for deposition, by no later than December 19, 2022, its

28   person(s) most knowledgeable on the following topics:

                                           1

1         a.  defendant's financial condition for 2022;

2         b.  defendant's net profits for 2022;

3         c.  defendant's assets for 2022;

4         d.  defendant's financial statements for 2022; and

5         e.  defendant's total senior executive managers' compensation, including salary

6 and benefits for each compensation, subject to the limitations agreed to by counsel at the

7 December 8, 2022 hearing.

8       4.  The balance of the motion is denied.

9

10 IT IS SO ORDERED.

11

    Dated:    December 9, 2022                               

12                                         JEREMY D. PETERSON

13                                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28