

# United States District Court
# Eastern District of California

Railroad Business Park, LLC

Plaintiff(s)

V.

Travelers Casualty Ins. Co. of America

Defendant(s)

Case Number:   2:20-cv-02189-MCE-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Michael S. Errera _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Travelers Casualty Insurance Company of America

On _____ 11/05/1998 _____ (date), I was admitted to practice and presently in good standing in the

_____ Illinois _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [✓] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 05/02/2023 _____      Signature of Applicant: /s/ Michael S. Errera _____

**Pro Hac Vice Attorney**

Applicant's Name: Michael S. Errera

Law Firm Name: Foran Glennon Palandech Ponzi & Rudloff PC

Address: 222 N. LaSalle Street, Suite 1400

City: Chicago   State: IL   Zip: 60601

Phone Number w/Area Code: (312) 863-5023

City and State of Residence: Elmhurst, Illinois

Primary E-mail Address: merrera@fgppr.com

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: James B. Glennon

Law Firm Name: Foran Glennon Palandech Ponzi & Rudloff PC

Address: 200 Pringle Avenue, Suite 410

City: Walnut Creek   State: CA   Zip: 94596

Phone Number w/Area Code: (925) 357-8640   Bar # 303134

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 23, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE