JAMES B. GLENNON (SBN 303134)
MICHAEL S. ERRERA (*pro hac vice*)
MORGAN B. SMITH (*pro hac vice*)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
200 Pringle Avenue, Suite 410
Walnut Creek, CA 94596
Telephone: (925) 357-8640
Facsimile: (510) 740-1501
E-mail: jglennon@fgppr.com
merrera@fgppr.com
msmith@fgppr.com

Attorneys for Defendant TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
FRANK KENNAMER (SBN 157844)
**KERLEY SCHAFFER LLP**
1939 Harrison Street, #500
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350
E-mail: edward@kslaw.us
dylan@kslaw.us
frank@kslaw.us

Attorneys for Plaintiff
RAILROAD BUSINESS PARK, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILROAD BUSINESS PARK, LLC, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:20-CV-02189-MCE-JDP<br><br>**PARTIES JOINT STIPULATION AND REQUEST TO MODIFY PRETRIAL DEADLINES; ORDER THEREON**<br><br>[Hon. Morrison C. England, Jr.]<br><br>**Complaint Filed: October 30, 2020**<br>**Trial Date: TBD** |

Subject to approval of the Court, Plaintiff Railroad Business Park, LLC ("Plaintiff") and Defendant Travelers Casualty Insurance Company of American ("Travelers"), stipulate to the following:

**RECITALS**

1. The parties served their initial expert disclosures on June 6, 2022, and their supplemental expert disclosures on July 6, 2022. On October 15, 2022, the Court granted an extension of the current non-expert discovery deadline sixty (60) days. Thereafter, the parties issued additional expert disclosures (Doc. No. 30). In total, Plaintiff disclosed five retained experts and one non-retained expert. Defendant disclosed four retained experts and two non-retained experts.

2. Pursuant to the Court's modified scheduling order the parties are required to complete depositions of expert witnesses by June 14, 2023. In addition, the deadline for the parties to file dispositive motions is also June 14, 2023.

3. The parties have met and conferred regarding scheduling of the expert witness depositions and agreed that they have insufficient time to conduct all expert witness depositions under the current deadline, despite their diligent efforts to do so. This is primarily the result of the limited availability of some of the disclosed experts.

4. The parties agree that the deadlines for completion of expert discovery and to file dispositive motions should be extended so as to allow sufficient time to complete expert discovery and the filing of any dispositive motions and that the interests of justice would be served by the extension.

5. The trial date in this action has not been set.

6. As a result, the parties are jointly requesting an extension of 45 days to complete the depositions of the disclosed experts up to and including July 14, 2023. The parties also jointly request that the deadline for the filing of dispositive motions be extended 60 days up to and including July 31, 2023.

-2-
STIPULATION AND REQUEST TO MODIFY PRETRIAL DEADLINES;
ORDER; CASE NO. 2:20-CV-02189-MCE-JDP

## STIPULATION

NOW THEREFORE, the parties, by and through their respective counsel of record, agree and stipulate that the existing scheduling order should be modified to establish the following deadlines:

    Deadline to complete expert discovery:    July 14, 2023

    Deadline to file dispositive motions.    July 31, 2023

    IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 31, 2023    **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: */s/ James B. Glennon*
      James B. Glennon

Attorneys for Defendant TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

DATED: May 31, 2023    **KERLEY SCHAFFER LLP**

By: /s/ Edward Kerley
      Edward Kerley

Attorneys for Plaintiff RAILROAD BUSINESS PARK LLC

-3-
STIPULATION AND REQUEST TO MODIFY PRETRIAL DEADLINES; ORDER; CASE NO. 2:20-CV-02189-MCE-JDP

**ORDER**

Good cause having been shown and based on the parties' stipulation set forth above, IT IS HEREBY ORDERED that the deadline for completion of expert discovery is July 14, 2023 and the deadline for the parties to file dispositive motions is July 31, 2023.

IT IS SO ORDERED.

Dated: June 6, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE